# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE DAVID A. MASCIO, also known as David Mascio, doing business as Mascio Asset Management, LLC, doing business as Mascio Asset Management, Inc., doing business as DM Capital Inc., and MONICA L. MASCIO, also known as Monica Mascio, doing business as DM Capital, Inc.,<br><br>Debtors. | BAP No. CO-10-047 |
| GRONEWOLLER AND ASSOCIATES, INC., in its name as a Member of MAM Capital, LLC, and PAUL GRONEWOLLER,<br><br>Plaintiffs – Appellees – Cross–Appellants,<br><br>v.<br><br>DAVID MASCIO, DM CAPITAL, INC., and MAM CAPITAL, LLC,<br><br>Defendants – Appellants – Cross–Appellees. | Bankr. No. 03-12994<br>Adv. No. 03-01482<br>Chapter 7<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>July 16, 2010 |

The matter before the Court is the Election to Have Cross-Appeal Heard by District Court ("Election") filed by Defendant - Appellant - Cross-Appellee David Mascio ("Cross-Appellee"). In the Election, Cross-Appellee has timely filed an objection the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) This Court's record is transmitted to the United States Bankruptcy Court.

        For the Panel:

        Barbara A. Schermerhorn, Clerk of Court

        By: *Gregory D Wright*
            Gregory Wright
            Deputy Clerk