# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE DAVID A. MASCIO, also known as David Mascio, doing business as Mascio Asset Management, LLC, doing business as Mascio Asset Management, Inc., doing business as DM Capital Inc., and MONICA L. MASCIO, also known as Monica Mascio, doing business as DM Capital, Inc., <br><br> Debtors. | BAP No.   CO-10-047 |
| GRONEWOLLER AND ASSOCIATES, INC., in its name as a Member of MAM Capital, LLC, and PAUL GRONEWOLLER, <br><br> Plaintiffs – Appellees – Cross–Appellants, <br><br> v. <br><br> DAVID MASCIO, DM CAPITAL, INC., and MAM CAPITAL, LLC, <br><br> Defendants – Appellants – Cross–Appellees. | Bankr. No.   03-12994 <br> Adv. No.   03-01482 <br> Chapter   7 <br><br> ORDER DENYING ELECTION TO U.S. DISTRICT COURT <br><br> July 15, 2010 |

The matter before the Court is the statement of election to the district court ("Election") filed by the Plaintiffs – Appellees – Cross–Appellants.

Section 158(c)(1) of Title 28, United States Code, provides in its relevant part that "each appeal . . . shall be heard by a 3-judge panel of the bankruptcy appellate panel service . . . unless - (A) the appellant elects at the time of filing the appeal." 28 U.S.C. § 158(c)(1). The form of this election is set forth in Fed. R. Bankr. P. 8001, which provides in its relevant part that "[a]n election to have

an appeal heard by the district court under 28 U.S.C. § 158(c)(1) may be made only by a statement of election contained in a separate writing filed within the time prescribed by 28 U.S.C. § 158(c)(1)." Fed. R. Bankr. P. 8001(e). The Election was not filed with the notice of appeal. It is therefore untimely.

Accordingly, it is HEREBY ORDERED that the Election is DENIED. 10th Cir. BAP L.R. 8016-4(b)(1). The appeal will proceed before this Court.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*

Gregory Wright
Deputy Clerk